

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Tommy D. Simmons, Appellant

No. 06-13-00248-CR      v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 42581-B). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

      As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

      We note that the appellant, Tommy D. Simmons, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 18, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk